FILED

**NOT FOR PUBLICATION**

JAN 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JACOB IKEOKWU-ONYMAECHI, | No. 05-75664 |
| Petitioner, | Agency No. A027-137-374 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010 [**]

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

Jacob Ikeokwu-Onymaechi, a native and citizen of Nigeria, petitions for

review of the Board of Immigration Appeals' ("BIA") order sustaining the

government's appeal from an immigration judge's order granting his application

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

TL/Research

for deferral of removal under the Convention Against Torture. We have jurisdiction pursuant to 8 U.S.C. § 1252. *Lemus-Galvan v. Mukasey*, 518 F.3d 1081, 1084 (9th Cir. 2008). Reviewing for substantial evidence the BIA's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008), we deny the petition for review.

Substantial evidence supports the BIA's holding that Ikeokwu-Onymaechi failed to meet his burden of showing that he more likely than not would be tortured upon removal to Nigeria. *See Arteaga v. Mukasey*, 511 F.3d 940, 948-49 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED.**